OPINION — AG — ** PAROLEES — OVERNIGHT FACILITIES ** THE DEPARTMENT OF CORRECTIONS MAY NOT PROVIDE OVERNIGHT FACILITIES FOR PAROLEES AT THE KATE BERNARD COMMUNITY TREATMENT CENTER IN OKLAHOMA CITY AND THE HORCE MANN COMMUNITY CENTER IN TULSA. (PRISONS AND REFORMATORIES, HOUSE, LIBERTY, SUPERVISE, IMPRISONMENT, RELEASE) CITE: 57 O.S. 504.7 [57-504.7], 57 O.S. 512 [57-512] [57-512] (MICHAEL AVANT-PYBAS)